PAUL C. ERTSAAS, Respondent, *v.* WONDERLAND et al., Appellants, Impleaded with Another.

*Ertsaas* v. *Wonderland,* 152 App. Div. 907, affirmed.
(Argued April 24, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 20, 1912, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings in an action to recover from the directors of the corporation Wonderland, the individual defendants herein, the amount of a judgment previously obtained by the plaintiff against the said company, and which has not been paid.

*C. Walter Randall* and *Samuel S. Whitehouse* for appellants.

*Thomas F. Murtha* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.